```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

SHAWN BRAXTON,                   :
                                 :    Civil Action No. 13-1714 (RBK)
           Plaintiff,            :
                                 :
      v.                         :    **ORDER**
                                 :
ATLANTIC COUNTY PROSECUTOR       :
OFFICE,                          :
                                 :
           Defendant.            :

For the reasons expressed in the Opinion filed herewith,

IT IS on this ___12th___ day of ___April___, 2013,

ORDERED that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby DENIED, without prejudice; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form entitled "Affidavit of Poverty and Account Certification (Civil Rights) (DNJ-ProSe-007-A)," to be used by Plaintiff in any future application to proceed <u>in forma pauperis</u>; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

   Mitchell H. Cohen Building and U.S. Courthouse, Fourth
   and Cooper Streets, Camden, New Jersey, 08101,

within 30 days after the date of entry of this Order; Plaintiff's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

s/Robert B. Kugler
Robert B. Kugler
United States District Judge