# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| SHAWN BRAXTON, | : | |
|  | : | Civil Action No. 13-1714 (RBK) |
| Plaintiff, | : | |
|  | : | |
| v. | : | **ORDER** |
|  | : | |
| ATLANTIC COUNTY PROSECUTOR OFFICE, | : | |
|  | : | |
| Defendant. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this __27th__ day of _____August_____, 2013,

ORDERED that the Clerk of the Court shall RE-OPEN the Court's file in this matter by making a notation on the Docket reading "Civil Action Re-Opened"; and it is further

ORDERED that Plaintiff's Application [5] to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Atlantic County Justice Facility; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE; and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that the Clerk of the Court shall re-close the Court's file in this matter by making a notation on the Docket reading "Civil Action Terminated."


s/Robert B. Kugler
Robert B. Kugler
United States District Judge